**FILED**
OCT 31 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Oct 31, 2023

23-CR-409
JUDGE WOOD
MAGISTRATE JUDGE KIM
RANDOM/CAT 2

UNITED STATES OF AMERICA

v.

KEVIN WARE, a/k/a "Twin," "Hustle,"
CHRISTOPHER WARE, a/k/a "Guru,"
BRANDAN ALLEN, a/k/a "B-Ride,"
RICKY WILLIAMS, a/k/a "Buddy Love,"
DARRELL BROOKS, a/k/a "D,"
LEROY PRESLEY, a/k/a "Bino," and
ERNEST ROWLETTE, a/k/a "Boo"

Case No. 23 CR 409

Violations: Title 21, United States Code, Sections 841(a)(1), 846, and Title 18, United States Code, Section 2

**INDICTMENT**

## COUNT ONE

The SPECIAL NOVEMBER 2022 GRAND JURY charges:

1. Beginning no later than on or about February 9, 2022, and continuing until on or about November 3, 2022, in the Northern District of Illinois, Eastern Division, and elsewhere,

> KEVIN WARE, a/k/a "Twin" and "Hustle,"
> CHRISTOPHER WARE, a/k/a "Guru,"
> BRANDAN ALLEN, a/k/a "B-Ride,"
> RICKY WILLIAMS, a/k/a "Buddy Love,"
> DARRELL BROOKS, a/k/a "D,"
> LEROY PRESLEY, a/k/a "Bino," and
> ERNEST ROWLETTE, a/k/a "Boo,"

defendants herein, did conspire with each other and with others known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute and distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of para-fluorofentanyl (N-(4-Fluorophenyl)-N-[1-(2-

phenylethyl)-4-piperidinyl]propanamide), a Schedule I Controlled Substance and an analogue of fentanyl (N-phenyl-N-[1-(2-phenylethy)-4-piperidinyl]propanamide), a Schedule II Controlled Substance; a quantity of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethy)-4-piperidinyl]propanamide), a Schedule II Controlled Substance; a quantity of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance; and a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1);

In violation of Title 21, United States Code, Section 846.

2.  With respect to BRANDAN ALLEN, RICKY WILLIAMS, and DARRELL BROOKS, the offense involved 10 grams or more of a mixture and substance containing a detectable amount of para-fluorofentanyl (N-(4-Fluorophenyl)-N-[1-(2-phenylethyl)-4-piperidinyl]propanamide), a Schedule I Controlled Substance and an analogue of fentanyl (N-phenyl-N-[1-(2-phenylethy)-4-piperidinyl]propanamide), a Schedule II Controlled Substance; 40 grams or more of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethy)-4-piperidinyl]propanamide), a Schedule II Controlled Substance; 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance; and 28 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

3. With respect to KEVIN WARE and CHRISTOPHER WARE, the offense involved 100 grams or more of a mixture and substance containing a detectable amount of para-fluorofentanyl (N-(4-Fluorophenyl)-N-[1-(2-phenylethyl)-4-piperidinyl]propanamide), a Schedule I Controlled Substance and an analogue of fentanyl (N-phenyl-N-[1-(2-phenylethy)-4-piperidinyl]propanamide), a Schedule II Controlled Substance; 400 grams or more of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethy)-4-piperidinyl]propanamide), a Schedule II Controlled Substance; one kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance; and 28 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT TWO

The SPECIAL NOVEMBER 2022 GRAND JURY further charges:

On or about February 9, 2022, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

BRANDAN ALLEN, a/k/a "B-Ride,"

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethy)-4-piperidinyl]propanamide), a Schedule II Controlled Substance, and a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

The SPECIAL NOVEMBER 2022 GRAND JURY further charges:

On or about February 23, 2022, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

LEROY PRESLEY, a/k/a "Bino,"

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethy)-4-piperidinyl]propanamide), a Schedule II Controlled Substance, and a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOUR

The SPECIAL NOVEMBER 2022 GRAND JURY further charges:

On or about April 27, 2022, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

LEROY PRESLEY, a/k/a "Bino,"

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of para-fluorofentanyl (N-(4-Fluorophenyl)-N-[1-(2-phenylethyl)-4-piperidinyl]propanamide), a Schedule I Controlled Substance and an analogue of fentanyl (N-phenyl-N-[1-(2-phenylethy)-4-piperidinyl]propanamide), a Schedule II Controlled Substance, a quantity of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethy)-4-piperidinyl]propanamide), a Schedule II Controlled Substance; and a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FIVE

The SPECIAL NOVEMBER 2022 GRAND JURY further charges:

On or about May 11, 2022, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

DARRELL BROOKS, a/k/a "D,"

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, 10 grams or more of a quantity of a mixture and substance containing a detectable amount of para-fluorofentanyl (N-(4-Fluorophenyl)-N-[1-(2-phenylethyl)-4-piperidinyl]propanamide), a Schedule I Controlled Substance and an analogue of fentanyl (N-phenyl-N-[1-(2-phenylethy)-4-piperidinyl]propanamide), a Schedule II Controlled Substance; a quantity of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethy)-4-piperidinyl]propanamide), a Schedule II Controlled Substance; and a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SIX

The SPECIAL NOVEMBER 2022 GRAND JURY further charges:

On or about May 14, 2022, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

BRANDAN ALLEN, a/k/a "B-Ride,"

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, 10 grams or more of a quantity of a mixture and substance containing a detectable amount of para-fluorofentanyl (N-(4-Fluorophenyl)-N-[1-(2-phenylethyl)-4-piperidinyl]propanamide), a Schedule I Controlled Substance and an analogue of fentanyl (N-phenyl-N-[1-(2-phenylethy)-4-piperidinyl]propanamide), a Schedule II Controlled Substance; a quantity of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethy)-4-piperidinyl]propanamide), a Schedule II Controlled Substance; and a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SEVEN

The SPECIAL NOVEMBER 2022 GRAND JURY further charges:

On or about August 24, 2022, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

ERNEST ROWLETTE, a/k/a "Boo,"

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of para-fluorofentanyl (N-(4-Fluorophenyl)-N-[1-(2-phenylethyl)-4-piperidinyl]propanamide), a Schedule I Controlled Substance and an analogue of fentanyl (N-phenyl-N-[1-(2-phenylethy)-4-piperidinyl]propanamide), a Schedule II Controlled Substance, a quantity of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethy)-4-piperidinyl]propanamide), a Schedule II Controlled Substance, and a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT EIGHT

The SPECIAL NOVEMBER 2022 GRAND JURY further charges:

On or about August 25, 2022, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

CHRISTOPHER WARE, a/k/a "Guru,"

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, 10 grams or more of a quantity of a mixture and substance containing a detectable amount of para-fluorofentanyl (N-(4-Fluorophenyl)-N-[1-(2-phenylethyl)-4-piperidinyl]propanamide), a Schedule I Controlled Substance and an analogue of fentanyl (N-phenyl-N-[1-(2-phenylethy)-4-piperidinyl]propanamide), a Schedule II Controlled Substance, a quantity of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethy)-4-piperidinyl]propanamide), a Schedule II Controlled Substance, and a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT NINE

The SPECIAL NOVEMBER 2022 GRAND JURY further charges:

On or about September 14, 2022, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

CHRISTOPHER WARE, a/k/a "Guru,"

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of para-fluorofentanyl (N-(4-Fluorophenyl)-N-[1-(2-phenylethyl)-4-piperidinyl]propanamide), a Schedule I Controlled Substance and an analogue of fentanyl (N-phenyl-N-[1-(2-phenylethy)-4-piperidinyl]propanamide), a Schedule II Controlled Substance, a quantity of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethy)-4-piperidinyl]propanamide), a Schedule II Controlled Substance, and a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TEN

The SPECIAL NOVEMBER 2022 GRAND JURY further charges:

On or about September 16, 2022, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

BRANDAN ALLEN, a/k/a "B-Ride,"

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, 10 grams or more of a quantity of a mixture and substance containing a detectable amount of para-fluorofentanyl (N-(4-Fluorophenyl)-N-[1-(2-phenylethyl)-4-piperidinyl]propanamide), a Schedule I Controlled Substance and an analogue of fentanyl (N-phenyl-N-[1-(2-phenylethy)-4-piperidinyl]propanamide), a Schedule II Controlled Substance, a quantity of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethy)-4-piperidinyl]propanamide), a Schedule II Controlled Substance, and a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT ELEVEN

The SPECIAL NOVEMBER 2022 GRAND JURY further charges:

On or about September 20, 2022, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

CHRISTOPHER WARE, a/k/a "Guru,"

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, 10 grams or more of a quantity of a mixture and substance containing a detectable amount of para-fluorofentanyl (N-(4-Fluorophenyl)-N-[1-(2-phenylethyl)-4-piperidinyl]propanamide), a Schedule I Controlled Substance and an analogue of fentanyl (N-phenyl-N-[1-(2-phenylethy)-4-piperidinyl]propanamide), a Schedule II Controlled Substance, a quantity of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethy)-4-piperidinyl]propanamide), a Schedule II Controlled Substance, and a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWELVE

The SPECIAL NOVEMBER 2022 GRAND JURY further charges:

On or about September 21, 2022, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

CHRISTOPHER WARE, a/k/a "Guru,"

Defendant herein, did knowingly and intentionally distribute a controlled substance, namely, 10 grams or more of a quantity of a mixture and substance containing a detectable amount of para-fluorofentanyl (N-(4-Fluorophenyl)-N-[1-(2-phenylethyl)-4-piperidinyl]propanamide), a Schedule I Controlled Substance and an analogue of fentanyl (N-phenyl-N-[1-(2-phenylethy)-4-piperidinyl]propanamide), a Schedule II Controlled Substance, 40 grams or more a quantity of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethy)-4-piperidinyl]propanamide), a Schedule II Controlled Substance, and a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THIRTEEN

The SPECIAL NOVEMBER 2022 GRAND JURY further charges:

On or about September 24, 2022, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

BRANDAN ALLEN, a/k/a "B-Ride,"

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, 10 grams or more of a quantity of a mixture and substance containing a detectable amount of para-fluorofentanyl (N-(4-Fluorophenyl)-N-[1-(2-phenylethyl)-4-piperidinyl]propanamide), a Schedule I Controlled Substance and an analogue of fentanyl (N-phenyl-N-[1-(2-phenylethy)-4-piperidinyl]propanamide), a Schedule II Controlled Substance, 40 grams or more of a quantity of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethy)-4-piperidinyl]propanamide), a Schedule II Controlled Substance, and a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOURTEEN

The SPECIAL NOVEMBER 2022 GRAND JURY further charges:

On or about September 28, 2022, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

CHRISTOPHER WARE, a/k/a "Guru,"

defendant herein, did knowingly and intentionally possess with intent to distribute a controlled substance, namely, 10 grams or more of a quantity of a mixture and substance containing a detectable amount of para-fluorofentanyl (N-(4-Fluorophenyl)-N-[1-(2-phenylethyl)-4-piperidinyl]propanamide), a Schedule I Controlled Substance and an analogue of fentanyl (N-phenyl-N-[1-(2-phenylethy)-4-piperidinyl]propanamide), a Schedule II Controlled Substance, 40 grams or more of a quantity of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethy)-4-piperidinyl]propanamide), a Schedule II Controlled Substance, and a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Erika L. Csicsila on behalf of the
ACTING UNITED STATES ATTORNEY